AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__U S_____  )
       Plaintiff                 )
         v.                      )   Case No.
__Luigi Mangione_____    )
       Defendant                 )
                                 )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Luigi Mangione_____

Date: __12/19/24__

_____
Attorney's signature

__Karen Agnifilo__
Printed name and bar number

__Agnifilo Intrater__
Address
__445 Park Ave, NY NY 10022__
__kaa@ssjlawsrp.com__
E-mail address

__917 914 3361__
Telephone number

_____
FAX number