AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

___US___ )
Plaintiff )
v. ) Case No.
___Luigi Mangione___ )
Defendant )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Luigi Mangione___

Date: __12/19/24__                    _____
                                        Attorney's signature

                                        Marc Agnifilo
                                        Printed name and bar number
                                        NY 2476182

                                        Agnifilo Intrater LLP
                                        445 Park Ave. NY NY 10022
                                        Address

                                        marc@agilawgroup.com
                                        E-mail address

                                        917.399.9742
                                        Telephone number

                                        _____
                                        FAX number