# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 4, 2025

**VIA EMAIL**

Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> *Application granted.*
> *Attorney Moskowitz*
> *appointed.*
> *Katherine H. Parker*
> *USMJ 2-4-2025*

Re:  **United States v. Luigi Mangione**
     **24 MJ 4375 (UA)**

Dear Judge Parker:

    On December 19, 2024, Mr. Mangione appeared before the Court for an initial appearance. I write pursuant to 18 U.S.C. § 3005 to offer my recommendation to the Court for the appointment of learned counsel in the above-captioned capital case for Luigi Mangione, who is represented by Karen Friedman Agnifilo as lead counsel. I recommend the appointment of Avraham Moskowitz as learned counsel. Mr. Moskowitz is a member of the SDNY Capital Panel and has frequently been found learned in the law of capital cases. In arriving at the recommendation, I have contacted the government and defense counsel and have reviewed the conflict list. Mr. Moskowitz is available and does not appear to have any conflict.

    Please do not hesitate to contact me with any questions or concerns.

                  Best regards,

                  /s
                  Jennifer L. Brown
                  Attorney-in-Charge
                  Federal Defenders of New York
                  Tel.: (212) 417-8722