UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

      -v-                                                    NOTICE OF APPEARANCE

LUIGI NICHOLAS MANGIONE,                   24 Mag. 4375

                  Defendant.
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq., of Agnifilo Intrater LLP, 445 Park Avenue, 7th Floor, New York, NY 10022, is appearing for the Defendant LUIGI MANGIONE in the above-captioned matter.

Dated: February 5, 2025
        New York, NY

                                                                         _____
                                                                           Jacob Kaplan, Esq.
                                                                           Agnifilo Intrater LLP
                                                                           445 Park Avenue, 7th Floor
                                                                           New York, NY 10022
                                                                           Tel: (646) 419-8837
                                                                           jacob@agilawgroup.com