UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | **Order of Continuance** |
|---|---|
| v. | 24 Mag. 4375 |
| LUIGI NICHOLAS MANGIONE, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Dominic A. Gentile, Assistant United States Attorney for the Southern District of New York, it is found that defendant Luigi Nicholas Mangione was charged with violations of 18 U.S.C. §§ 2261A(1)(A), 2261A(2)A), 2261(b)(1), 924(j), and 924(c), in a complaint dated December 18, 2024, and was arrested on December 19, 2024;

It is further found that the defendant was presented before Magistrate Judge Katharine H. Parker on December 19, 2024, and ordered detained pending trial without prejudice to making a future bail application;

It is further found that given the nature of the prosecution and the complexity of the case, the Government and defense counsel, Karen Friedman Agnifilo, Esq., Marc Agnifilo, Esq., and Avraham Moskowitz, Esq. have jointly requested a continuance of 30 days to permit both parties adequate preparation for pretrial proceedings and the trial itself and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until March 19, 2025, and that a copy of this Order and the affirmation of Assistant United States Attorney Dominic A. Gentile be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
February 12, 2025

_____
UNITED STATES MAGISTRATE JUDGE