UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

UNITED STATES OF AMERICA

           v.

LUIGI MANGIONE,

           Defendant.
———————————————————————X

24 Mag. 4375

**APPENDIX TO DEFENDANT LUIGI MANGIONE'S MOTION TO PRECLUDE THE GOVERNMENT FROM SEEKING THE DEATH PENALTY**

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan
AGNIFILO INTRATER LLP
445 Park Ave., 7th Fl.
New York, NY 10022

Avi Moskowitz
MOSKOWITZ COLSON
GINSBERG & SCHULMAN
80 Broad Street, Suite 1900
New York, NY 10004

# EXHIBIT 1



PRESS RELEASE

# Attorney General Pamela Bondi Directs Prosecutors to Seek Death Penalty for Luigi Mangione

Tuesday, April 1, 2025

**For Immediate Release**

Office of Public Affairs

Today, Attorney General Pamela Bondi released the following statement:

"Luigi Mangione's murder of Brian Thompson — an innocent man and father of two young children — was a premeditated, cold-blooded assassination that shocked America. After careful consideration, I have directed federal prosecutors to seek the death penalty in this case as we carry out President Trump's agenda to stop violent crime and Make America Safe Again."

- As alleged, Luigi Mangione stalked and murdered UnitedHealthcare executive Brian Thompson on Dec. 4, 2024. The murder was an act of political violence. Mangione's actions involved substantial planning and premeditation and because the murder took place in public with bystanders nearby, may have posed grave risk of death to additional persons.

- Following federal murder charges handed down on Dec. 19, 2024, Attorney General Bondi has now directed Acting U.S. Attorney Matthew Podolsky to seek the death penalty in this case.

- This is in line with Attorney General Bondi's Day One Memo as Attorney General entitled *Reviving The Federal Death Penalty And Lifting The Moratorium On Federal Executions*

*Updated April 1, 2025*

**EXHIBIT 2**



# EXHIBIT 3

 Outlook

Re: US v. Mangione - 24 Mag. 4375

From Karen Friedman Agnifilo <​​>
Date Thu 2/6/2025 4:09 PM
To Gentile, Dominic (USANYS) <​​>
Cc Marc Agnifilo <​​>; amoskowitzmbllp (Vendor) <​​>; Xiang, Jun (USANYS) <​​>; Messiter, Alexandra (USANYS) <​​>; Wright, Thomas (USANYS) <​​>

1 attachment (68 KB)
PastedGraphic-1.tiff;

Hi Dominic, thanks again for the call.
After discussing this as a team, if the Capital Crimes Section is unable to make a decision based on our first submission, we respectfully request 3 months in order to give us time to conduct a thorough mitigation investigation in order to submit additional information.
If we need additional time we will let you know and of course we will consent to this adjournment.
Please let us know if this is acceptable.

Thank you in advance.

Karen