UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIGI NICHOLAS MANGIONE,<br><br>Defendant. | ECF CASE<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>24 MJ 4375 (UA) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

New York, New York
April 14, 2025

                                            Respectfully submitted,

                                            MATTHEW PODOLSKY
                                            *Acting United States Attorney for the*
                                            *Southern District of New York*


                                    By:     _Thomas John Wright_____
                                            Thomas John Wright
                                            Assistant United States Attorney
                                            26 Federal Plaza, 37th Floor
                                            New York, New York 10278
                                            (212) 637-2295
                                            thomas.wright2@usdoj.gov